UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NATHANIEL MCCOY #505368 | CASE NO. 6:19-CV-00061 SEC P |
| VERSUS | JUDGE SUMMERHAYS |
| STATE OF LOUISIANA | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Rec. Doc. 13 is **DENIED** in part, to the extent that it seeks to stay this matter, and **GRANTED** in part, to the extent it seeks to dismiss this matter without prejudice.

**IT IS FURTHER ORDERED** that the instant Petition for Writ of Habeas Corpus be **DISMISSED WITHOUT PREJUDICE** because Petitioner failed to exhaust available state court remedies prior to filing.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this _____ day of August, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE